AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:20-mj-00200 |
|   | ) Assigned to: Judge G. Michael Harvey |
|   | ) Assign Date: 10/08/2020 |
| BRIAN JEFFREY RAYMOND | ) Description: COMPLAINT W/ARREST WARRANT |
|   | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 1, 2017 - May 31, 2017__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C § 2422(a) | Knowingly induced an individual to travel for the purpose of engaging in any sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF OFFENSE

☑ Continued on the attached sheet.

_____
Complainant's signature

Erin Sheridan, Special Agent, FBI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 8th day of October 2020.

Date: 10/08/2020

2020.10.08 20:20:38 -04'00'
Judge's signature

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
Printed name and title